In The United States Dist. Court
Northern District of Texas
Wichita Falls Div.

Raylonel L. Tyner
#02402514
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Tx. 76367

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 27 2023
CLERK, U.S. DISTRICT COURT
By ______ Deputy

U.S. Dist. Clerk's Office
Northern Dist.
1000 Lamar St Rm. 203
Wichita Falls, Tx. 76301

To: The Hon. Dist. Clerk of Northern Dist. in the above Div.:

7-23CV-00290

Dear Clerk:

Forgive my intrusion, however I am the above named plaintiff preparing a Pro Se Complaint 42 USC. 1983 Conversation here at the James V. Allred Unit, in your jurisdiction due to denied grievance redress in accordance w/ Ex Parte Hull 312 US 546 and that deprivation of property w/out due process namely a government check for 1421.22 & failure to correct identity in accordance w/ Art. 60.19 Inaccurate Identity Related Info.

I'm attempting to exercise my 1st Amendment Right to Griev. Redress here on a unit level and I'm experiencing extreme adverse acts to thwart all efforts to do so by unit griev. officials whom are violating one's Constitutional Rights — multiple attempts to deny. Protect Conduct enclosed you will find two of my 3 claims w/ merit. If you don't mind... could you pls. send over a few individuals to clear the path for civil governmental redress, cause w/out it in place inmates are forced

to take matters into their own hands... and Seek their own justice. Note: The Mailroom of Unit Griev. Dept. are in need of individuals willing to maintain a Chain of law abiding means to access to Courts & grievance Redresses... I am doing one final Check w/ Inmate Trust & accounting Dept. prior to Submitting my Civil Complaint in accordance w/ Lewis v. Washington 300 F.3d 829 Remedies are exhausted when Officials do not respond to a prisoners initial grievance —

However, due to Denied access to Courts & Mail infringements Regarding Protected Conduct I ask you to Send an agent to Clear the pathway for access to Courts.

Thank you for your time & Understanding and due Consideration.

Genuinely & Precise
X Raylandd L. Tyner
#00862518
P/ Raylandd LaDon Tyner
James V. Allred Unit
2101 FM 369 N.
Iowa Park Tx. 76367

CC 1 File
Date: Mar. 12, 2023

In The Name of Liberty, in the interest of Justice — (Fairness)
Tampered Infringements
Civil liberties
Nehemiah 29:

Civil Filed Civil Exhibit

Lonal
Bertrand L. Turner 00862518
Allred 7 bldg. H-17 Top
To: V. Allred
Emergency Complaint

David Ivey 2-14-23
Resubmit your Complaint & I'll Process if I
Fail to Process grievance as he told me he would.

Due Note I-127 filed on 2-26-23 on Medical Sup. Kellie for denied Record Retention Review — This Complaint is on denied grievance Redress & access to legal Recourse as in accordance w/ Ex Parte Hull 312 U.S. 546 — Officials stopped inmate from being able to assert Non-Frivolous Claims of Deprivation w/out due process & Mail Tampering —

I the above inmate file this Complaint against Unit Griev. Investigator David Ivey & Ruth E. Schroyer UGI II on 2-10-23 & 2-13-23 D. Ivey attempted to block grievance No# 2023066858 legitimately filed against UGI II Ruth E. Schroyer for attempting to Cover Theft / Deprivation of Property (to with a Government Check issued to me for 1421.22) w/out due process by Refusing to Process my Non frivolous Claim (See) Griev. No# 2023054127 as I attempted to Exhaust 3rd Submission at Step 1 & Step 2 to allow time for Resolve prior to Civil Action because I don't like to waste the Courts time & Resources "If" Resolve is possible — Note both Step 1 & 2 Submitted on 2-6-23 Vanished & Unreturned as I acted in accordance w/ Kerns V. Washington 300 F.3d 829 — Remedies are Exhausted when Officials do Not Respond to a prisoners initial grievance. Powe V. Ennis 177 F.3d 393 — I the above inmate Retain Motion to Secure all Civil Remedies & Relief in Regards to these Claims against all Responsible parties Known & Unknown Named & Not

named herein for lack of [illegible]. to these State & Federal Violations for [illegible] of [illegible] [illegible] [illegible] to [illegible] & Deprivation of Property & Rights guaranteed to include — Obstruction of Justice Ch 39 — Ch 36.06 28 C.F.R. § 540.14(a) & 540.2(c) as well as Ch 18 & Ch. § 17.02 & § 17.03 Obstruction of Corr. / [illegible] / Destruction of Mail Stat 2147 (A) & (B) Adverse Acts against Protected Conduct — I file to Secure all avenues to Civil Courts — Due to Continued abuse of Protected Conduct & Federal Statutes I seek full Relief & Compensation to include Punitive Damages for Recklessness & Deliberate indifference to all Parties

Full Relief & Compensation in Regards to legal Recourse, Mail Fraud, Deprivation w/out Due Process as in accordance w/ Federal/State law

[signature] X·X XX·79 2·15·23

CC. File 3 Janet Walker Region 6 [illegible]

[illegible]

Reprimand [illegible]

[illegible] Holly H. [illegible]

[illegible]

Emergency Complaint Identity Theft

Inmate [illegible] 1-23-23

[illegible] the above No Reply [illegible]

I the above inmate file this Complaint due to Fraud which affect Proper Identification of Self & Enabling one to Allude my Identity —

Upon entering TDC & Tyner-C. Was a fake to my D.O.B. — 01-09-74 which is not me — I've tried to Correct this issue to no avail — Lost me. I wrote Records & Identification Div. Austin. A Ms. April Zamora Said She'd [illegible] Huntsville & have it Corrected Still No Correction has been Made.

Due to the level of Identity Theft this is a list. Plus There is another individual whom Resembles me — From my City & State Name — Raylon Ranchell Randle — 10-03-78 — From Dallas born at the Same Hospital —

I am Rayland Ramon Tyner-Walker born 10-30-79 in Dallas Tx. at Parkland Memorial Hospital to the parentage of

Mother Francine V. Williams-Tyner-Walker-Vallin of Shreveport, La. — And

Father Donald Ray Walker Sr. of Dallas Tx.

Was I am an illegitimate Son whom share

Names of all Siblings through Mother

Art. [illegible] Code of Crim. Procedure & 1143.0155 Tx. Gov. Code [illegible] I [illegible] of [illegible] Clerk or [illegible] [illegible]
The job of Correcting this Rest of [illegible]
TDCJ being I am in the [illegible] —

Requesting Correction to Secure my Identity to prevent further misuse of Identity
File to Submit Civil Action for Identity Theft

Requesting Identity Correction to include D.O.B. in accordance of [illegible] Code of Crim Proc. & 143.0155 to [illegible] [illegible]

2-6-23 Full Relief for Future

CA Files

Refused to Process Grievance — I C Processed
Huntsville would have Notified [illegible]
Dallas Co. and Correct Errors
to Protect Identity
Denied Grievance Redress
the Originals with [illegible] w/ Complaint

Obstruction [illegible] 1510.a(c) as written Ch. 17 § 17.02 & 17.03 Obstruction of Correspondence & Delay of Mail or Retaliation Stat 2141(d) (A) Adverse Acts against Protected Conduct I file this to Grievance unanswered to Country & Grievance Redress —

Due to Continued Injuries of Protected Conduct & Violation of Federal Statutes — I seek full Relief & Compensation as to yet not limited to the above named though be lost in Pursuit of these legal actions by any & all defendants Responsible & potentially Subject to this Civil Action — Named Known & Unknown - acting parties & aware of Violations

Total & Full Compensation & Relief in Regards to Legal Recourse [illegible] of Retaliation [illegible] Process — as in Accordance of Federal law

[illegible] 2.13.23

This Complaint in Regards to a 1121.28 Government Check Sent to Unit Mailroom for me was denied Process to Obvious Conceal Deprivation of Property

I will submit Original to a 42 USC Complaint

CC: 3 Filed Federal Courts — Crim. Courts — Personal
Step 1 [illegible] (Originally Submit)
2-14-23

Rec'd
Reginald R. Tyner [illegible]
Filed
[illegible] Atwell
[illegible]

Don't Tread On U.S.A. Texas

David Ivey U.G.I. II 2-10-23
time period has expired on a issue that happened on 2-6-23
Blocked Protect Conduct denied Process —

I file this Complaint on denied grievance process & thus denied process to seek recourse as in accordance w/ Ex Parte Hull 312 U.S. [illegible] Of [illegible] Stopped inmate from being able to assert a Non Frivolous Claim of Deprivations w/out due process —

I the above inmate file this Complaint against both David Ivey U.G.I. II & Ruth E. Schroyer U.G.I. II — On Feb. 10. 2023 D. Ivey attempted to block grievance No# 2023066838 [illegible] filed against U.G.I. Ruth E. Schroyer for attempting to cover their deprivation of Property to wit a Government Check issued for $1,[illegible] w/out due Process by Refusing to Process my Complaint Non frivolous Claim (see) No# 2023056127 — As I attempted to Request three submission at Step 1 & Step 2 to allow time for Resolve prior to Civil Action. Cause I don't like to Waste the Courts time & Resource if Resolve is possible & Note both Step 1 & Step 2 Submitted on 2-6-23 have thus vanished altogether & not been Returned as I acted in accordance w/ [illegible] v. Washington 240 F.3d 841 — Remedies are Exhausted when Officials do not Respond to a prisoner's initial grievance [illegible] v. [illegible] 177 F.3d 343 —

I the above inmate seek Action to secure all Civil Remedies in Regards to these Claims against all Responsible parties known & unknown named & not named herein for lack of knowledge to these State & Federal Constitutional Violations for denial of Grievance Process/Access to Courts Deprivation of Property & Right guaranteed w/out due process to include

SK-06B DEC 19 2022

| Step 1 | | Grievance # | Offender Name | TDCJ # | Unit |
|---|---|---|---|---|---|
| Step 2 | | 2022138030 | TYNER,RAYLAND LADON | 862518 | JA |

Since When did We begin to Represent Our State Flag in this Manner → Which govern our State Flag?

This don't Create No Real Flag to go off in Austin D.O.J. Only A Failed grievance Dept. will fly a Flawed State Flag

Texas Department of Criminal Justice

***NOTICE OF EXTENSION***

***Offender Grievance Office***

In accordance with the procedures outlined in BP-03.77, "Offender Grievances," and AD-03.82, "Management of Offender Grievances,", you are hereby notified that additional time is necessary to complete the investigation of your:

**Step 1 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☐ An additional 40 days is needed for appropriate response to your grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 1 grievance.

**Step 2 Grievance:** (*check the applicable box*)

☐ An additional 30 days is needed for appropriate response to your disciplinary appeal.

☒ An additional 40 days is needed for appropriate response to your Step 2 grievance.

☐ An additional 45 days is needed for appropriate response to your medical Step 2 grievance.

J. Riley

Name and Title

10/5/2022

Date

**Original – Send to the Offender**

Copy – Attach to the Grievance



Lord Rayland L. Tynes #00862518
James V. Allred Facility
2101 FM 369 N.
Iowa Park Tx. 76367

NORTH TEXAS TX P&DC
DALLAS TX 750
14 MAR 2023 PM 3 L
FOREVER / USA
FOREVER / USA

Legal Mail

U.S. Dist. Clerk
1000 Lamar St. Rm 203
Wichita Falls Tx. 76301

RECEIVED
MAR 2 7 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Mailed: Mar. 12th 2023
Protected by Fed. Statutes
§17.02 & §17.03 Obstruction, Delays, Destruction

NORTH TEXAS TX P&DC
DALLAS TX 750
14 MAR 2023 PM 1 L

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

Legal Mail